UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF
AMERICA,

v.  CASE NO. 8:04-CR-541-T-17TBM

SHANNON DELONDE WILLIAMS.

_____/

ORDER

This cause is before the Court on:

Dkt. 23 Motion to Suppress Evidence
Dkt. 28 Response
Dkt. 39 Report and Recommendation

The Report and Recommendation of the assigned Magistrate Judge recommends that the Court deny Defendant's Motion to Suppress the firearms, ammunition and post-arrest statements because Defendant's detention was lawful.

The Court has independently examined the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 39) is **adopted and incorporated**, and Defendant's Motion to Suppress (Dkt. 23) is **denied**.

Case No. 8:04-CR-541-T-17TBM

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 31st day of May, 2006.



ELISABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record